I.D. 06184818                                      File No.: 3900-334

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Eastern Division

| | |
|---|---|
| G&G CLOSED-CIRCUIT EVENTS, LLC. | ) |
| Plaintiff, | ) |
| v. | ) No. 2012-cv-3026 |
| ROBERT WYKURZ, indv. and d/b/a O'CONNOR'S PUB, INC. d/b/a MARTINI CLUB and O' CONNOR'S PUB, INC. d/b/a MARTINI CLUB, | ) |
| Defendants. | ) |

## MOTION TO ENTER JUDGMENT PURSUANT TO SETTLEMENT

**NOW COMES** the Plaintiff, J&J SPORTS PRODUCTIONS, INC., by its attorneys, ZANE D. SMITH & ASSOCIATES, LTD., respectfully requests that this Honorable Court enter judgment against the Defendants, ROBERT WYKURZ, indv. and d/b/a O'CONNOR'S PUB, INC. d/b/a MARTINI CLUB and O'CONNOR'S PUB, INC. d/b/a MARTINI CLUB, pursuant to the terms of the settlement and in support thereof, states as follows:

1. This matter was filed with the United States District Court, Northern District of Illinois on April 24, 2012.

2. On or about August, 2012, a Settlement Agreement was reached between the parties wherein which the Defendants would pay the Plaintiff a total sum of Six Thousand and No/100 ($6,000.00) Dollars. (See attached Exhibit B).

3. Pursuant to the Settlement Agreement, Defendants would make monthly payments on the Fifteenth (15) of each month to Plaintiff beginning on August 15, 2012, in the amount of $1,000.00 and continuing through November 15, 2012. The last payment on December 15, 2012 would be in the amount of $2,000.00. See attached Exhibit B.

4. In the event of a default under this agreement, all sums not paid shall come immediately due and owing in full, and Defendant further agreed to pay a default penalty in the amount of $3,000.00 and all reasonable attorney's fees, court costs and other costs incurred as a result of said default. See attached Exhibit B.

1

8. As of the date of the filing of this motion Defendants have made payments in the amount of $5,500.00.

9. That Plaintiff is further entitled to Six Hundred and 00/100 ($600.00) Dollars for attorney's fees and costs. See Affidavit of Plaintiff's Counsel, Andre Ordeanu, (attached hereto and made a part hereof, as Plaintiff's Exhibit "C").

**WHEREFORE,** the Plaintiff, J&J SPORTS PRODUCTIONS, INC., respectfully prays this Honorable Court grant Plaintiff's Motion to Enforce the Settlement Agreement in an amount of Five Hundred and No/100 ($500.00), plus Three Thousand ($3,000.00) in a default penalty and attorney's fees and costs in the amount of Six Hundred and 00/100 ($600.00) Dollars, for a total Judgment in the amount of Four Thousand One Hundred and 00/100 ($4,100.00) and for such other relief for Plaintiff as this Court deems just and right.

s/ Andre Ordeanu
Andre Ordeanu

## CERTIFICATE OF SERVICE

I, Andre Ordeanu, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on June 16, 2014, using the CM/ECF system as well as mailed to the Defendants via Certified and Regular mail. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

s/ Andre Ordeanu
Andre Ordeanu

Zane D. Smith
ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street - Suite 501
Chicago, Illinois 60654
(312) 245-0031